IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG

MAR 3 1 2006

MARY E. O'ANDREA, CLERK
Per_____
Deputy Clerk

| | |
|---|---|
| Wachovia Bank, N.A., As Trustee. Pooling and Servicing Agreement Dated as of November 1, 2004, Asset-Backed Pass-Through Certificates Series 2004-WWF12004-WWF1 | CIVIL ACTION |
| vs. | 1:06-CV-00487 |
| Scott T. Rudkin Joanne M. Rudkin | Judge: Sylvia H. Rambo |

## ORDER

AND NOW, this _31st_ day of _March_ 2006, upon consideration of Plaintiff's Motion for Service Pursuant to Special Order of Court, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED.

It is further ORDERED and DECREED that Plaintiff may obtain service of the Complaint and all future pleadings, upon the Defendants, Scott T. Rudkin and Joanne M. Rudkin, by:

1. First class mail to Scott T. Rudkin and Joanne M. Rudkin at the last known addresses, 5717 North West 74th Avenue, Tamarac, FL 33321, 34 Myron Street, Clifton, NJ 07014, P.O. Box 63, Pocono Lake, PA 18347 and the mortgaged premises, HC87 BOX 763, Pocono Lake, PA 18347; and

2. Certified mail to Scott T. Rudkin and Joanne M. Rudkin at the last known addresses, 5717 North West 74th Avenue, Tamarac, FL 33321, 34 Myron Street, Clifton, NJ 07014, P.O. Box 63, Pocono Lake, PA 18347 and the mortgaged premises, HC87 BOX 763, Pocono Lake, PA 18347.

Service of the aforementioned mailings is effective upon the date of mailing and is to be done by Plaintiff's attorney, who will file with the United States District Court Middle District of Pennsylvania an Affidavit as to the mailing.

BY THE COURT:

s/Sylvia H. Rambo
_____
J.